UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN EMCH, on behalf of himself And all other similarly situated, | : | Case No. 1:17-cv-00856 |
| | : | |
| Plaintiff, | | Judge Michael R. Barrett |
| | : | |
| v. | | |
| | : | |
| COMMUNITY INSURANCE COMPANY d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, | : | |
| | : | |
| Defendant. | | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff hereby dismisses, with prejudice, his claims made in the Complaint filed on December 20, 2017. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

*/s/ Robert R. Sparks*
Robert R. Sparks (Ohio 0073573)
STRAUSS TROY CO., LPA
150 E. Fourth Street, 4th Floor
Cincinnati, Ohio 45202
Telephone No.: (513) 621-2120
Facsimile No.: (513) 241-8259
Email: rrsparks@strausstroy.com

Jordan Lewis (Fl. Bar No. 97997)
JORDAN LEWIS, P.A.
4473 N.E. 11th Avenue
Fort Lauderdale, FL 33334
Telephone: (954) 616-8995
Facsimile: (954) 206-0374
Email: Jordan@jml-lawfirm.com

*Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2022, a copy of the foregoing was filed electronically with the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be access through the Court's CM/ECF system.

*/s/ Robert R. Sparks*
Robert R. Sparks (Ohio 0073573)